# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| MYRA FURCRON, | ) |
| | ) |
| Plaintiff, | ) **CIVIL ACTION NO.** |
| | ) |
| v. | ) |
| | ) |
| MAIL CENTERS PLUS, LLC | ) |
| | ) |
| Defendant. | ) |
| | ) |

## NOTICE OF REMOVAL

COMES NOW, Defendant Mail Centers Plus, LLC (hereinafter "Defendant"), by and through its undersigned counsel, and, pursuant to 28 U.S.C. §§ 1331, 1441, 1446, hereby gives notice that the civil action pending in the Superior Court of DeKalb County in the State of Georgia is removed to the United States District Court for the Northern District of Georgia, Atlanta Division. As grounds for this removal, the Defendant states as follows:

1.

On March 7, 2014, Plaintiff Myra Furcron (hereinafter "Plaintiff") commenced an action in the Superior Court of DeKalb County in the State of Georgia ("Superior Action"), entitled Myra Furcron v. Mail Centers Plus, LLC, Plaintiff v. Defendant, Civil Action No. 14CV2762-1.

2.

On March 24, 2014, Defendant was served with a summons and received a copy of Plaintiff's complaint in the Superior Action. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings and orders served upon the Defendant in said action are attached hereto as **Exhibit A**.

3.

This action is a civil action which this Court has original jurisdiction under 28 U.S.C. § 1331 (federal question), and is one which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. §§ 1441(b) and (c).

4.

Pursuant to 28 U.S.C. § 1441(b), "Any civil action of which the district courts have original jurisdiction, founded on a claim or right arising under the Constitution, treaties or law of the United States shall be removable without regard to the citizenship or residence of the parties." Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. Section 2000 et seq. is a law of the United States enacted by Congress with the intention of prohibiting employment discrimination based on race, color, religion, sex and national origin. This Court has original jurisdiction over all civil actions arising under the laws of the United States. 28 U.S.C. § 1331. Therefore, this case is removable under 28 U.S.C. §1441.

5.

This federal question is "substantial enough to confer federal question jurisdiction" because the civil action could have been brought originally in a federal district court. 28 U.S.C. § 1441; <u>Ayres v. General Motors Corp</u>. 234 F.3d 514, 518 (11th Cir. 2000).

6.

Defendant submits this Notice without waiving any defenses to the claims asserted by Plaintiff or conceding that Plaintiff has pled claims upon which relief can be granted.

7.

The Notice of Removal of this case to the United States District Court is filed by Defendant within thirty (30) days after the receipt of the Complaint in the Superior Action as required by 28 U.S.C. § 1446(b).

8.

This Notice will be filed promptly with the Clerk of Court for Superior Court of DeKalb County in the State of Georgia as required by 28 U.S.C. § 1446 (d).

9.

By copy of this Notice and in accordance with the attached Certificate of Service, Defendant provides notice to all adverse parties in this action advising of the filing of this Notice of Removal pursuant to 28 U.S.C. § 1446(d).

WHEREFORE Defendant requests that the action now pending before the Superior Court of DeKalb County in the State of Georgia be removed to this Court.

Respectfully filed this 22nd day of April, 2014.

Chandra C. Davis
Georgia Bar. No. 141801
Jamala S. McFadden
Georgia Bar No. 490959
One Ninety One Peachtree Tower
191 Peachtree Street, NE
Suite 3300
Atlanta, GA 30303
Telephone: 678.424.1381
Facsimile: 404.795.1070
jmcfadden@theemploymentlawsolution.com
**ATTORNEYS FOR DEFENDANT**