IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MYRA FURCRON,

    Plaintiff,

v.

MAIL CENTERS PLUS, LLC,

    Defendant.

CIVIL ACTION NO.
1:1409-CV-1188-RWS-JSA

## VERDICT

**Do you find from a preponderance of the evidence:**

1. That Danny Seligman harassed Myra Furcron because of her gender?

    √ Yes ____ No

    If you answered "No," your deliberations are concluded. If you answered "Yes, " proceed to Question 2.

2. That the harassment created a hostile work environment for Ms. Furcron?

    √ Yes ____ No

    If you answered "No," your deliberations are concluded. If you answered "Yes, " proceed to Question 3.

3. That Ms. Furcron's supervisor knew, or in the exercise of reasonable care should have known, about the hostile work environment?

   √ Yes  ____ No

   If you answered "No," your deliberations are concluded. If you answered "Yes, " proceed to Question 4.

4. That Ms. Furcron's supervisor took prompt remedial action to eliminate the hostile work environment?

   ____ Yes  √ No

   If you answered "Yes," your deliberations are concluded. If you answered "No, " proceed to Question 5.

5. That Ms. Furcron suffered damages because of the hostile work environment?

   √ Yes  ____ No

   If you answered "No," your deliberations are concluded. If you answered "Yes, " proceed to Question 6.

6. That Ms. Furcron should be awarded damages to compensate for emotional pain and mental anguish due to the hostile work environment?

   ____ Yes  √ No

   If you answered "No," your deliberations are concluded.

   If you answered "Yes, " state in what amount $_____ and proceed

to Question 7.

7. That punitive damages should be assessed against Mail Centers Plus, LLC?

  \_\_\_\_\_ Yes   \_\_\_\_\_ No

  If you answered "No," your deliberations are concluded.

  If you answered "Yes," state in what amount $_____.

Date  2/15/18                    _/s/ Mark Fameth_
                                 Foreperson